IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>DANE and TRACY SPRANKLE,<br><br>　Debtors.<br><br>---<br><br>DITECH FINANCIAL, LLC,<br><br>　Movant,<br><br>NO RESPONDENT,<br><br>　Respondent | Bankruptcy No.: 15-70550-JAD<br><br>Chapter 13<br><br>Related to Claim No. 9-1 |
|---|---|

CERTIFICATE OF SERVICE OF TEXT ORDER GRANTING REQUEST TO
RESTRICT PUBLIC ACCESS TO CLAIM

　　I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on February 22, 2017.  The Text Order states:

　　The creditor's Request to Restrict Public Access to Claim, filed at 77, is HEREBY GRANTED. The creditor shall serve this Order on the debtor and all persons whose personal identifiers have been redacted. This text-only entry constitutes the Court's Order and notice on this matter pursuant to W.PA.LBR 5005-11(c). Judge Deller. Signed on 2/14/2017. (RE: related document(s): 77 Request to Restrict Public Access to Claim - PAWB Form 37).

　　The types of service made on the parties were:

By First-Class Mail:

Dane and Tracy Sprankle
419 Lincoln Road
Gallitzin, PA 16641

and:

By Electronic Notification:

| | |
|---|---|
| Jon A. McKechnie, Esq. | jmckechnie@shepleylaw.com |
| Ronda J. Winnecour, Ch. 13 Trustee | cmecf@chapter13trusteewdpa.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

/s/ Peter J Ashcroft, Esq.
PA I.D. # 87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Ditech Financial, LLC