## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DANE WILLIAM SPRANKLE,<br>TRACY MICHELLE SPRANKLE,<br>  **DEBTOR(S)**.<br><br>DANE WILLIAM SPRANKLE,<br>TRACY MICHELLE SPRANKLE,<br>  **MOVANT(S)**,<br><br>v.<br><br>M&T BANK,<br><br>  **RESPONDENT**,<br><br>and<br><br>RONDA J. WINNECOUR,<br>CHAPTER 13 TRUSTEE,<br>  **ADDITIONAL RESPONDENT**. | Bankruptcy No.  15-70550-JAD<br><br>Chapter  13<br><br>Document No.<br><br>Related to Claim No. |

### DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE PURSUANT TO W.PA.LBR 3002-4 (b)(2)

AND NOW, come the debtors, Dane William Sprankle and Tracy Michelle Sprankle, by and through their attorney, Daniel J. Boger, Esq. and the law firm of Harold Shepley & Associates, LLC, and respectfully file the within Declaration Regarding Notice of Mortgage Payment Change and, in support thereof, represent as follows:

**1.** The debtors are, Dane William Sprankle and Tracy Michelle Sprankle, both adult individuals presently residing at 419 Lincoln Road, Gallitzin, Pennsylvania 16641.

**2.** Counsel for the debtors is now Daniel J. Boger, Esq., of Harold Shepley & Associates LLC, 209 West Patriot Street, Somerset, Pennsylvania 15501.

**3.** The mortgage company for the debtors' residential real estate is M&T Bank, which requests notices to be mailed to P.O. Box 1288, Buffalo, NY 14240, as indicated on the Proof of Claim filed at Claim No. 3 in the Claims Register in this case.

**4.** The new post-petition monthly payment payable to M&T Bank is $712.82 effective December 1, 2017 as indicated in the Notice of Mortgage Payment Change filed on November 10, 2017 at Claim No. 3 in the Claims Register in this case.

**5.** Debtors' counsel has reviewed the current Plan dated December 30, 2016 that was confirmed as modified and evidenced by the Order issued on February 7, 2017 at docket number 74, recomputed the Plan payment based upon the mortgage payment change and believes that the existing Chapter 13 Plan payment is sufficient to fund the Plan.

Date:   04/16/2020

Respectfully submitted,
/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar ID No. 92961
Harold Shepley & Associates, LLC
209 W. Patriot Street
Somerset, PA 15501
Phone: (814) 444-0500
Fax:   (814) 444-0600
E-mail: dboger@shepleylaw.com