**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-70550-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Dane William Sprankle<br>419 Lincoln Road<br>Gallitzin PA 16641 | Tracy Michelle Sprankle<br>419 Lincoln Road<br>Gallitzin PA 16641 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/01/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: Ditech Financial LLC, 7340 S. Kyrene Rd., Recovery Dept - T120, Tempe, AZ 85283 | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/06/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dane William Sprankle  
Tracy Michelle Sprankle  
      Debtors

Case No. 15-70550-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: agro      Page 1 of 1      Date Rcvd: May 04, 2020  
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2020.
14153075     +Ditech Financial LLC,   7340 S. Kyrene Rd.,   Recovery Dept - T120,   Tempe, AZ 85283-4573

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                       TOTAL: 0

      \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2020 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    M&T Bank andygornall@latouflawfirm.com
        Celine P. DerKrikorian    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com
        Daniel J. Boger    on behalf of Debtor Dane William Sprankle dnlboger@yahoo.com,
         dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
        Daniel J. Boger    on behalf of Joint Debtor Tracy Michelle Sprankle dnlboger@yahoo.com,
         dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
        James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
        Jon A. McKechnie    on behalf of Joint Debtor Tracy Michelle Sprankle jmckechnie@shepleylaw.com,
         bk@shepleylaw.com
        Jon A. McKechnie    on behalf of Plaintiff Tracy Michelle Sprankle jmckechnie@shepleylaw.com,
         bk@shepleylaw.com
        Jon A. McKechnie    on behalf of Debtor Dane William Sprankle jmckechnie@shepleylaw.com,
         bk@shepleylaw.com
        Jon A. McKechnie    on behalf of Plaintiff Dane William Sprankle jmckechnie@shepleylaw.com,
         bk@shepleylaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12