**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/11/2020

IN RE:

DANE WILLIAM SPRANKLE
TRACY MICHELLE SPRANKLE
419 LINCOLN ROAD
GALLITZIN, PA 16641
XXX-XX-2265            Debtor(s)

XXX-XX-1187

Case No.15-70550 JAD

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/11/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | CRED DESC / Account |
|---|---|---|---|
| **DITECH FINANCIAL LLC(*)**<br>ATTENTION: BK CASH MANAGEMENT<br>301 W BAY STREET<br>FLOOR 22, J253<br>JACKSONVILLE, FL  32202 | Trustee Claim Number:1   INT %: 10.00%<br>Court Claim Number:10<br><br>CLAIM:  5,485.40<br>COMMENT:  C10GOV*$/CL-PL@9.996%*DK | | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 1716 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br><br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:9-3<br><br>CLAIM:  13,209.19<br>COMMENT:  UNSEC/OE*AVD/PL@GREEN TREE*2ND*CHARGED OFF~0%/FACE*AMD*FR CITIZE | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4732 |
| **M & T BANK**<br>PO BOX 62182<br><br>BALTIMORE, MD  21264-2182 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL-PL*DK4PMT-LMT*1ST*BGN 9/15 | | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0447 |
| **SPRINGLEAF FUNDING TRUST 2013-A****<br>SPRINGLEAF FINANCIAL SVCS OF PA INC(*)<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM:  0.00<br>COMMENT:  SURR/CNF-PL*SPRNGLF FNCL SVCS/SCH*CL=2024.51*CROSS-CLLTRLZD*DK | | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 9943 |
| **AES/PHEAA****<br>POB 8147**<br><br>HARRISBURG, PA  17105 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: T001 |
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br><br>BEDMINSTER, NJ  07921 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2786 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM:  425.85<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7886 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br><br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1660 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM:  385.29<br>COMMENT:  FNBM/CREDIT ONE | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6884 |
| **AMERICAN INFOSOURCE LP - AGENT DIRECTV**<br>PO BOX 5008<br><br>CAROL STREAM, IL  60197-5008 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM:  236.07<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8734 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **DIVERSIFIED CONSULTANTS**<br>POB 551268<br>JACKSONVILLE, FL 32255 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8734 | CLAIM: 0.00<br>COMMENT: |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br>HARRISBURG, PA 17106 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8734 | CLAIM: 0.00<br>COMMENT: SEE CLM 7? |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7250 | CLAIM: 497.29<br>COMMENT: |
| **PHEAA(*)**<br>PO BOX 1375<br>BUFFALO, NY 14240-1375 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0742 | CLAIM: 0.00<br>COMMENT: |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: L09 | CLAIM: 0.00<br>COMMENT: SEE CID 19 |
| **SUNOCO/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **M & T BANK**<br>PO BOX 62182<br>BALTIMORE, MD 21264-2182 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 3 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0447 | CLAIM: 10,408.78<br>COMMENT: $/CL-PL*1ST*THRU 8/15 |
| **M & T BANK**<br>PO BOX 62182<br>BALTIMORE, MD 21264-2182 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 3 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0447 | CLAIM: 0.00<br>COMMENT: NT/PL*NTC-POSTPET FEE/EXP*REF CL=1150*W/17*1500 NTC DENIED 4 FAILURE T |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2265 | CLAIM: 9,147.75<br>COMMENT: NUM NT/SCH*SCH@CID15? |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO 63179 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 7-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2265 | CLAIM: 24,347.41<br>COMMENT: NUM NT/SCH*SCH@CID12*AMD |

| CLAIM RECORDS | | |
|---|---|---|
| **SANTANDER CONSUMER USA\*\*** <br> PO BOX 560284 <br><br> DALLAS, TX  75356 | Trustee Claim Number:21  INT %:  0.00% <br> Court Claim Number:11 <br><br> CLAIM:  0.00 <br> COMMENT:  PMT/PL-CL-OE\*344.48x(53+2)=LMT\*BGN 3/16 | CRED DESC:  Post Petition Claim (1305) <br> ACCOUNT NO.:  7245 |