# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Dane William Sprankle,<br>Tracy Michelle Sprankle,<br>    Debtor(s). | Case No. 15-70550-JAD<br><br>Chapter 13<br><br>Doc. No. |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant(s),<br>    v.<br>Dane William Sprankle,<br>Tracy Michelle Sprankle,<br>    Respondent(s). | Related to Doc. No.<br><br>Responses Due: 09/14/2020<br><br>Hearing Date & Time:<br>09/30/2020 at 11:00 A.M. |

## CERTIFICATE OF SERVICE OF RESPONSE TO TRUSTEE'S MOTION TO DISMISS AND ORDER

I certify under the penalty of perjury that I served the above-captioned documents on the parties at the addresses specified below or on the attached list on September 11, 2020.

The type of service made on the parties was First-Class United States Mail, Postage Prepaid.

| | |
|---|---|
| Ronda J. Winnecour, Esq.<br>Chapter 13 Trustee<br>U.S. Steel Tower, Suite 3250<br>600 Grant Street<br>Pittsburgh, PA 15219 | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br><br>Dane William Sprankle<br>Tracy Michelle Sprankle<br>419 Lincoln Road<br>Gallitzin, PA 16641 |

Respectfully submitted,

Date:  09/11/2020

/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar ID No. 92961
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501-1563
Phone (814) 444-0500
Fax:   (814) 444-0600
E-mail: dboger@shepleylaw.com