## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Dane William Sprankle,<br>Tracy Michelle Sprankle,<br>    **Debtor(s)**. | Case No. 15-70550-JAD<br><br>Chapter 13<br><br>Doc. No. |
| Dane William Sprankle,<br>Tracy Michelle Sprankle,<br>    **Movant(s)**,<br>    v. | Related to Doc. No. 96-93 |
| AES,<br>American InfoSource LP as agent for<br>DIRECTV, LLC,<br>Andrew F. Gornall, Esq.,<br>AT&T Wireless,<br>Capital One,<br>Capital One Bank (USA), N.A.,<br>Celine P. DerKirkorian, Esq.,<br>Chase,<br>Credit One Bank,<br>DirecTV,<br>Ditech Financial LLC,<br>Diversified Consultants, Inc.,<br>FedLoan Servicing,<br>Greentree Bankruptcy Department,<br>Greentree Servicing, LLC,<br>James C. Warmbrodt, Esq.,<br>KML Law Group,<br>LVNV Funding, LLC its successors<br>and assigns as assignee of FNBM, LLC,<br>M&T Bank,<br>M&T Bank Lending Services,<br>Merrick Bank,<br>NewRez LLC D/B/A<br>Shellpoint Mortgage Servicing,<br>Office of the United States Trustee,<br>Pennsylvania Dept, of Revenue,<br>PHEAA,<br>PSECU,<br>Ronda J. Winnecour, Esq.,<br>Santander Consumer USA, Inc.,<br>Springleaf Financial Services,<br>Sunoco / Citibank SD NA,<br>U.S. Department of Education,<br>    **Respondent(s).** | Concil. Conf.: October 22, 2020 at 9:30 A.M. |

# CERTIFICATE OF SERVICE

      I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 14th day of September, 2020, I served a cop of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by First-Class United States Mail, Postage Prepaid on the respondents at the addresses specified in the attached list.

Executed on __09/14/2020__

/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar ID No. 92961
Harold Shepley & Associates, LLC
209 W. Patriot Street
Somerset, PA 15501
Phone: (814) 444-0500
Fax:    (814) 444-0600
E-mail: dboger@shepleylaw.com

AES
1200 N. 7th Street
Harrisburg, PA 17102-1444

American InfoSource LP as agent for
DIRECTV, LLC
P.O. Box 51178
Los Angeles, CA 90051-5478

Andrew F. Gornall, Esq.
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

AT&T Wireless
C/O Diversified Consultants, Inc.
P.O. Box 551268
Jacksonville, FL 32255-1268

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Celine P. DerKirkorian, Esq.
123 South Broad Street
Suite 1400
Philadelphia, PA 19109

Chase
Cardmember Service
P.O. Box 15153
Wilmington, DE 19850-5153

Chase
Cardmember Service
P.O. Box 15298
Wilmington, DE 19850-5298

Credit One Bank
Attn: Bankruptcy
P.O. Box 08873
Las Vegas, NV 89193-8873

Credit One Bank
P.O. Box 60500
City of Industry, CA 91716-0500

DirecTV
P.O. Box 78626
Phoenix, AZ 85062-8626

Ditech Financial LLC
P.O. Box 6154
Rapid City, SD 57709-6154

Diversified Consultants, Inc.
P.O. Box 551268
Jacksonville, FL 32255-1268

FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Greentree Bankruptcy Department
P.O. Box 6154
Rapid City, SD 57709

Greentree Servicing, LLC
P.O. Box 6172
Rapid City, SD 57709-6172

Greentree Servicing, LLC
Bankruptcy Department
P.O. Box 6154
Rapid City, SD 57709-6154

James C. Warmbrodt, Esq.
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

KML Law Group
Attn: Crystal Espanol, Esq.
Suite 5000
BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1538

LVNV Funding, LLC its successors
and assigns as assignee of FNBM, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

M&T Bank
P.O. Box 1288
Buffalo, NY 14240

M&T Bank
P.O. Box 62182
Baltimore, MD 21264-2182

M&T Bank Lending Services
Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

Merrick Bank
Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368

Merrick Bank
P.O. Box 660397
Dallas, TX 75266-0397

Merrick Bank
Attn: Bankruptcy
P.O. Box 9201
Old Bethpage, NY 11804-9001

NewRez LLC D/B/A
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222

Pennsylvania Dept, of Revenue
Department 280946
P.O. Box 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

PHEAA
1200 N. 7th Street
Harrisburg, PA 17102-1444

PHEAA
P.O. Box 8147
Harrisburg, PA 17105-8147

PSECU
P.O. Box 67013
Harrisburg, PA 17106-7013

PSECU
C/O Account Services
P.O. Box 659818
San Antonio, TX 78265-9118

Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Santander Consumer USA, Inc.
P.O. Box 560284
Dallas, TX 75356

Springleaf Financial Services
P.O. Box 3251
Evansville, IN 47731

Springleaf Financial Services
P.O. Box 742536
Cincinnati, OH 45274-2536

Sunoco / Citibank SD NA
Attn: Bankruptcy
7920 NW 110th Street
Kansas City, MO 64153

U.S. Department of Education
C/O FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184