FILED
9/25/20 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 15-70550-JAD |
| Dane William Sprankle | ) | Chapter 13 |
| Tracy Michelle Sprankle | ) | |
|     Debtor(s) | ) | Doc #___99___ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
|     vs. | ) | |
| Dane William Sprankle | ) | |
| Tracy Michelle Sprankle | ) | |
|     Respondent(s) | ) | |

### WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on August 25, 2020 (document #91) is hereby WITHDRAWN. The hearing scheduled for September 30, 2020 is cancelled.

                                                Respectfully submitted

9/16/2020                                        /s/ Ronda J. Winnecour
                                                    Ronda J. Winnecour (PA I.D. #30399)
                                                      Attorney and Chapter 13 Trustee
                                                      U.S. Steel Tower – Suite 3250
                                                      600 Grant Street
                                                      Pittsburgh, PA  15219
                                                      (412) 471-5566
                                                      cmecf@chapter13trusteewdpa.com

SO ORDERED THIS 25th Day of September, 2020

*/s/ signature*
jsf

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dane William Sprankle  
Tracy Michelle Sprankle  
    Debtors

Case No. 15-70550-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: agro      Page 1 of 1      Date Rcvd: Sep 25, 2020  
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2020.  
db/jdb         +Dane William Sprankle,   Tracy Michelle Sprankle,   419 Lincoln Road,   Gallitzin, PA 16641-8714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2020 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor   M&T Bank andygornall@latouflawfirm.com
         Brian  Nicholas     on behalf of Creditor   M&T Bank bnicholas@kmllawgroup.com
         Celine P. DerKrikorian    on behalf of Creditor   Ditech Financial LLC ecfmail@mwc-law.com
         Daniel J. Boger     on behalf of Debtor Dane William Sprankle dnlboger@yahoo.com,
          dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
         Daniel J. Boger     on behalf of Joint Debtor Tracy Michelle Sprankle dnlboger@yahoo.com,
          dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
         Jon A. McKechnie    on behalf of Joint Debtor Tracy Michelle Sprankle jmckechnie@shepleylaw.com,
          bk@shepleylaw.com
         Jon A. McKechnie    on behalf of Plaintiff Tracy Michelle Sprankle jmckechnie@shepleylaw.com,
          bk@shepleylaw.com
         Jon A. McKechnie    on behalf of Debtor Dane William Sprankle jmckechnie@shepleylaw.com,
          bk@shepleylaw.com
         Jon A. McKechnie    on behalf of Plaintiff Dane William Sprankle jmckechnie@shepleylaw.com,
          bk@shepleylaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor   Ditech Financial LLC pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                        TOTAL: 12