## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DANE WILLIAM SPRANKLE,<br>TRACY MICHELLE SPRANKLE,<br>**DEBTOR(S)**. | Bankruptcy No. 15-70550-JAD |
| DANE WILLIAM SPRANKLE,<br>TRACY MICHELLE SPRANKLE,<br>**MOVANT(S)**, | Chapter 13<br><br>Document No.<br><br>Related to Claim No. 3 |
| v. | |
| M&T BANK,<br>**RESPONDENT**, | |
| and | |
| RONDA J. WINNECOUR,<br>CHAPTER 13 TRUSTEE,<br>**ADDITIONAL RESPONDENT**. | |

### DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE PURSUANT TO W.PA.LBR 3002-4 (b)(2)

AND NOW, come the debtors, Dane William Sprankle and Tracy Michelle Sprankle, by and through their attorney, Daniel J. Boger, Esq. and the law firm of Harold Shepley & Associates, LLC, and respectfully file the within Declaration Regarding Notice of Mortgage Payment Change and, in support thereof, represent as follows:

**1.** The debtors are, Dane William Sprankle and Tracy Michelle Sprankle, both adult individuals presently residing at 419 Lincoln Road, Gallitzin, Pennsylvania 16641.

**2.** Counsel for the debtors is Daniel J. Boger, Esq., of Harold Shepley & Associates LLC, 209 West Patriot Street, Somerset, Pennsylvania 15501.

**3.** The mortgage company for the debtors' residential real estate is M&T Bank, which requests notices to be mailed to it at P.O. Box 1288, Buffalo, NY 14240 as indicated on the proof of claim and filed at Claim No. 3 in the Claims Register in this case.

**4.**     The new post-petition monthly payment payable to M&T Bank is $711.33 effective December 1, 2020 as indicated in the Notice of Mortgage Payment Change filed on November 10, 2020 at Claim No. 3 in the Claims Register in this case.

**5.**     Debtor's counsel has reviewed the current Plan dated September 11, 2020 that was confirmed as modified and evidenced by the Order issued on October 28, 2020 at docket number 102, recomputed the Plan payment based upon the mortgage payment change and believes that the existing Chapter 13 Plan payment is sufficient to fund the Plan.

Date:   11/13/2020

Respectfully submitted,
/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar ID No. 92961
Harold Shepley & Associates, LLC
209 W. Patriot Street
Somerset, PA 15501
Phone: (814) 444-0500
Fax:    (814) 444-0600
E-mail: dboger@shepleylaw.com