**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  DANE WILLIAM SPRANKLE
TRACY MICHELLE SPRANKLE
       Debtor(s)
  Ronda J. Winnecour, Trustee
  Movant
    vs.
  DANE WILLIAM SPRANKLE
TRACY MICHELLE SPRANKLE

     Respondents

Case No.15-70550JAD

Chapter 13

Related to
Document No._____107_____

---

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this _____19th_____ day of _January_ , 2021 it is hereby ORDERED, ADJUDGED, and DECREED that,

Pennsylvania State System Of Higher Education
Attn: Payroll Manager
2986 North Second St
Harrisburg,PA 17110

is hereby ordered to immediately terminate the attachment of the wages of DANE WILLIAM SPRANKLE, social security number XXX-XX-2265.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DANE WILLIAM SPRANKLE.

BY THE COURT:

sjk

UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
   Debtor(s) Attorney
   Debtor(s) Employer

FILED
1/19/21 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70550-JAD |
| Dane William Sprankle | Chapter 13 |
| Tracy Michelle Sprankle | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: nsha | Page 1 of 2 |
| Date Rcvd: Jan 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Pennsylvania State System Of Higher Education, Attn: Payroll Manager, 2986 North Second St, Harrisburg, PA 17110-1200 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor M&T Bank andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Ditech Financial LLC ecfmail@mwc-law.com |
| Daniel J. Boger | on behalf of Debtor Dane William Sprankle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Joint Debtor Tracy Michelle Sprankle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |

District/off: 0315-7                          User: nsha                                    Page 2 of 2
Date Rcvd: Jan 19, 2021                       Form ID: pdf900                                Total Noticed: 1

Jon A. McKechnie
    on behalf of Plaintiff Tracy Michelle Sprankle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie
    on behalf of Debtor Dane William Sprankle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie
    on behalf of Plaintiff Dane William Sprankle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie
    on behalf of Joint Debtor Tracy Michelle Sprankle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Ditech Financial LLC pashcroft@bernsteinlaw.com  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 12