**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DANE WILLIAM SPRANKLE,<br>TRACY MICHELLE SPRANKLE,<br>    Debtor(s),<br><br>DANE WILLIAM SPRANKLE,<br>    Movant,<br><br>v.<br><br>PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION,<br>    Respondent. | Case No. 15-70550-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 108<br><br>Doc. No. |

### CERTIFICATE OF SERVICE FOR ORDER TO STOP PAYROLL DEDUCTIONS

    I certify under the penalty of perjury that I served the above-captioned document on the Respondent and the Debtors at their respective addresses specified below by First-Class United States Mail, Postage Prepaid.

    Parties served by First-Class Mail:

Pennsylvania State System of Higher Education
Attn: Payroll Manager
2986 North Second Street
Harrisburg, PA 17110

Dane William Sprankle
Tracy Michelle Sprankle
419 Lincoln Road
Gallitzin, PA 16641

Date:   01/22/2021

/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar ID No. 92961
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501
Telephone: (814) 444-0500
E-Mail: dboger@shepleylaw.com
Counsel for the Debtor(s)/Movant(s)