## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-70550-JAD |
| DANE WILLIAM SPRANKLE, | : | |
| TRACY MICHELLE SPRANKLE, | : | Chapter 13 |
| **Debtor(s)**. | : | |
| | : | Document No. |
| DANE WILLIAM SPRANKLE, | : | |
| TRACY MICHELLE SPRANKLE, | : | Related to Doc. No. |
| **Movant(s)**, | : | |
| | : | |
| v. | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ., | : | |
| CHAPTER 13 TRUSTEE, | : | |
| **Respondent**. | : | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On August 21, 2015 at docket numbers 18 and 19, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) because Sage Personal Finance filed *Certificates of Completion for Personal Financial Management Course* on this case docket.

   This Certification is being signed under penalty of perjury by the undersigned counsel who duly questioned the Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated:  01/22/2021          By:    /s/ Daniel J. Boger, Esq.
                                   Daniel J. Boger, Esq.
                                   PA Bar ID No. 92961
                                   Harold Shepley & Associates, LLC
                                   209 W. Patriot Street
                                   Somerset, PA 15501
                                   Phone: (814) 444-0500
                                   E-Mail: dboger@shepleylaw.com