Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dane William Sprankle
Tracy Michelle Sprankle**
Debtor(s)

Bankruptcy Case No.: 15−70550−JAD

Chapter: 13
Docket No.: 113 − 112

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 27th of January, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/8/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/17/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/8/21.**

<u>Jeffery A. Deller</u><br>
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70550-JAD |
| Dane William Sprankle | Chapter 13 |
| Tracy Michelle Sprankle | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 1 of 3 |
| Date Rcvd: Jan 28, 2021 | Form ID: 408 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dane William Sprankle, Tracy Michelle Sprankle, 419 Lincoln Road, Gallitzin, PA 16641-8714 |
| 14088056 | | AES, 1200 N. 7th Street, Harrisburg, PA 17102-1444 |
| 14149727 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 51178, Los Angeles, CA 90051-5478 |
| 14088080 | ++ | CITIBANK, PO BOX 6043, SIOUX FALLS SD 57117-6043 address filed with court:, Sunoco / Citibank SD NA, Attn: Bankruptcy, 7920 NW 110th Street, Kansas City, MO 64153 |
| 14153101 | | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 14153075 | + | Ditech Financial LLC, 7340 S. Kyrene Rd., Recovery Dept - T120, Tempe, AZ 85283-4573 |
| 14088066 | | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14088067 | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, Green Tree, P.O. Box 94710, Palatine, IL 60094-4710 |
| 14088069 | | Green Tree Servicing LLC, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14088070 | + | KML Law Group, Attn: Crystal Espanol, Esq., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15237646 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14088076 | | PHEAA, 1200 N. 7th Street, Harrisburg, PA 17102-1444 |
| 14088075 | + | PHEAA, P.O. Box 8147, Harrisburg, PA 17105-8147 |
| 14088077 | | PSECU, c/o Account Services, P.O. Box 659818, San Antonio, TX 78265-9118 |
| 14261770 | + | SANTANDER CONSUMER USA, INC., P.O. BOX 560284, DALLAS, TX 75356-0284 |
| 14136740 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14088057 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 29 2021 01:45:00 | AT&T Wireless, c/o Diversified Consultants, Inc., P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 14088058 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 29 2021 02:57:52 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14088059 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 29 2021 02:54:43 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14088062 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 29 2021 02:57:48 | Credit One Bank, P.O. Box 60500, City Of Industry, CA 91716-0500 |
| 14088063 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 29 2021 02:54:40 | Credit One Bank, Attn: Bankruptcy, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14088064 | | Email/Text: G06041@att.com | Jan 29 2021 01:45:00 | DirecTV, P.O. Box 78626, Phoenix, AZ 85062-8626 |
| 14088065 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 29 2021 01:45:00 | Diversified Consultants, Inc., P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 14088060 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 29 2021 02:54:43 | Chase, Cardmember Service, P.O. Box 15153, Wilmington, DE 19850-5153 |
| 14088061 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 29 2021 02:57:51 | Chase, Cardmember Service, P.O. Box 15298, |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14110955 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2021 02:56:19 | Wilmington, DE 19850-5298<br>LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14108821 | | Email/Text: camanagement@mtb.com | Jan 29 2021 01:44:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 14088072 | | Email/Text: camanagement@mtb.com | Jan 29 2021 01:44:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14088071 | | Email/Text: camanagement@mtb.com | Jan 29 2021 01:44:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 14103809 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 29 2021 02:56:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14088074 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 29 2021 02:57:44 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14088073 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 29 2021 02:56:12 | Merrick Bank, P.O. Box 660397, Dallas, TX 75266-0397 |
| 14088078 | | Email/Text: bankruptcynotices@psecu.com | Jan 29 2021 01:45:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14102825 | | Email/PDF: cbp@onemainfinancial.com | Jan 29 2021 02:56:12 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 14088079 | | Email/PDF: cbp@onemainfinancial.com | Jan 29 2021 02:56:13 | Springleaf Financial Services, P.O. Box 742536, Cincinnati, OH 45274-2536 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | M&T Bank |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 14088068 | *P++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154, address filed with court:, Green Tree Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2021                              Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 3 of 3 |
| Date Rcvd: Jan 28, 2021 | Form ID: 408 | Total Noticed: 35 |

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor M&T Bank andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Ditech Financial LLC ecfmail@mwc-law.com |
| Daniel J. Boger | on behalf of Joint Debtor Tracy Michelle Sprankle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Debtor Dane William Sprankle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Debtor Dane William Sprankle jmckechnie@shepleylaw.com  bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Plaintiff Dane William Sprankle jmckechnie@shepleylaw.com  bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Joint Debtor Tracy Michelle Sprankle jmckechnie@shepleylaw.com  bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Plaintiff Tracy Michelle Sprankle jmckechnie@shepleylaw.com  bk@shepleylaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Ditech Financial LLC pashcroft@bernsteinlaw.com  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 12