**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    DANE WILLIAM SPRANKLE                                   Case No.:15-70550 JAD
    TRACY MICHELLE SPRANKLE
           Debtor(s)                                   Chapter 13

    Ronda J. Winnecour                                      Document No.:
     Chapter 13 Trustee,
           Movant
           vs.
    No Respondents.

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

January 25, 2021                              /s/  Ronda J. Winnecour

                                 RONDA J WINNECOUR PA ID #30399
                                 CHAPTER 13 TRUSTEE WD PA
                                 600 GRANT STREET
                                 SUITE 3250 US STEEL TWR
                                 PITTSBURGH, PA  15219
                                 (412) 471-5566
                                 cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 08/05/2015  and confirmed on 9/29/15 .  The case was subsequently         Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 110,852.96 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 110,852.96 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,900.00 | |
|    Trustee Fee | 5,130.61 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,030.61 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T BANK | 0.00 | 47,690.92 | 0.00 | 47,690.92 |
|   Acct: 0447 | | | | |
| M & T BANK | 10,408.78 | 10,408.78 | 0.00 | 10,408.78 |
|   Acct: 0447 | | | | |
| SPRINGLEAF FUNDING TRUST 2013-A** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9943 | | | | |
| DITECH FINANCIAL LLC(*)++ | 5,485.40 | 5,485.40 | 409.79 | 5,895.19 |
|   Acct: 1716 | | | | |
| | | | | 63,994.89 |
| **Priority** | | | | |
| DANIEL J BOGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DANE WILLIAM SPRANKLE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| HAROLD SHEPLEY & ASSOC LLC* | 1,900.00 | 1,900.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JON MCKECHNIE ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0447 | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 20,668.80 | 0.00 | 20,668.80 |
|   Acct: 7245 | | | | |
| | | | | 20,668.80 |
| **Unsecured** | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG | 13,209.19 | 5,245.11 | 0.00 | 5,245.11 |
|   Acct: 4732 | | | | |
| AT & T MOBILITY II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2786 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 425.85 | 169.10 | 0.00 | 169.10 |
|   Acct: 7886 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1660 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 385.29 | 152.99 | 0.00 | 152.99 |

15-70550 JAD                                                                                    Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 6884 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIF | 236.07 | 93.74 | 0.00 | 93.74 |
| Acct: 8734 | | | | |
| DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8734 | | | | |
| FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8734 | | | | |
| MERRICK BANK | 497.29 | 197.46 | 0.00 | 197.46 |
| Acct: 7250 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: L09 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 9,147.75 | 3,632.39 | 0.00 | 3,632.39 |
| Acct: 2265 | | | | |
| US DEPARTMENT OF EDUCATION | 24,347.41 | 9,667.87 | 0.00 | 9,667.87 |
| Acct: 2265 | | | | |
| AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: T001 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0742 | | | | |
| SUNOCO/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 19,158.66 |

TOTAL PAID TO CREDITORS                                                          103,822.35

TOTAL CLAIMED
PRIORITY              0.00
SECURED          15,894.18
UNSECURED        48,248.85

Date: 01/25/2021                              /s/ Ronda J. Winnecour

                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DANE WILLIAM SPRANKLE
    TRACY MICHELLE SPRANKLE
          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:15-70550 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70550-JAD |
| Dane William Sprankle | Chapter 13 |
| Tracy Michelle Sprankle | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 1 of 3 |
| Date Rcvd: Jan 28, 2021 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dane William Sprankle, Tracy Michelle Sprankle, 419 Lincoln Road, Gallitzin, PA 16641-8714 |
| 14088056 | | AES, 1200 N. 7th Street, Harrisburg, PA 17102-1444 |
| 14149727 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 51178, Los Angeles, CA 90051-5478 |
| 14088080 | ++ | CITIBANK, PO BOX 6043, SIOUX FALLS SD 57117-6043 address filed with court:, Sunoco / Citibank SD NA, Attn: Bankruptcy, 7920 NW 110th Street, Kansas City, MO 64153 |
| 14153101 | | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 14153075 | + | Ditech Financial LLC, 7340 S. Kyrene Rd., Recovery Dept - T120, Tempe, AZ 85283-4573 |
| 14088066 | | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14088067 | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, Green Tree, P.O. Box 94710, Palatine, IL 60094-4710 |
| 14088069 | | Green Tree Servicing LLC, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14088070 | + | KML Law Group, Attn: Crystal Espanol, Esq., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15237646 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14088076 | | PHEAA, 1200 N. 7th Street, Harrisburg, PA 17102-1444 |
| 14088075 | + | PHEAA, P.O. Box 8147, Harrisburg, PA 17105-8147 |
| 14088077 | | PSECU, c/o Account Services, P.O. Box 659818, San Antonio, TX 78265-9118 |
| 14261770 | + | SANTANDER CONSUMER USA, INC., P.O. BOX 560284, DALLAS, TX 75356-0284 |
| 14136740 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14088057 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 29 2021 01:45:00 | AT&T Wireless, c/o Diversified Consultants, Inc., P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 14088058 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 29 2021 02:54:42 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14088059 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 29 2021 02:56:18 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14088062 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 29 2021 02:54:41 | Credit One Bank, P.O. Box 60500, City Of Industry, CA 91716-0500 |
| 14088063 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 29 2021 02:54:40 | Credit One Bank, Attn: Bankruptcy, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14088064 | | Email/Text: G06041@att.com | Jan 29 2021 01:45:00 | DirecTV, P.O. Box 78626, Phoenix, AZ 85062-8626 |
| 14088065 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 29 2021 01:45:00 | Diversified Consultants, Inc., P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 14088060 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 29 2021 02:56:18 | Chase, Cardmember Service, P.O. Box 15153, Wilmington, DE 19850-5153 |
| 14088061 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 29 2021 02:57:51 | Chase, Cardmember Service, P.O. Box 15298, |

District/off: 0315-7 | User: jfur | Page 2 of 3
Date Rcvd: Jan 28, 2021 | Form ID: pdf900 | Total Noticed: 35

| | | | |
|---|---|---|---|
| | | | Wilmington, DE 19850-5298 |
| 14110955 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2021 02:57:52 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14108821 | Email/Text: camanagement@mtb.com | Jan 29 2021 01:44:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 14088072 | Email/Text: camanagement@mtb.com | Jan 29 2021 01:44:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14088071 | Email/Text: camanagement@mtb.com | Jan 29 2021 01:44:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 14103809 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 29 2021 02:56:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14088074 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 29 2021 02:54:37 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14088073 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 29 2021 02:57:45 | Merrick Bank, P.O. Box 660397, Dallas, TX 75266-0397 |
| 14088078 | Email/Text: bankruptcynotices@psecu.com | Jan 29 2021 01:45:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14102825 | Email/PDF: cbp@onemainfinancial.com | Jan 29 2021 02:56:12 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 14088079 | Email/PDF: cbp@onemainfinancial.com | Jan 29 2021 02:54:37 | Springleaf Financial Services, P.O. Box 742536, Cincinnati, OH 45274-2536 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | M&T Bank |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 14088068 | *P++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154, address filed with court:, Green Tree Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2021 | Signature: | /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:

District/off: 0315-7                          User: jfur                                   Page 3 of 3
Date Rcvd: Jan 28, 2021                       Form ID: pdf900                      Total Noticed: 35

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor M&T Bank andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Ditech Financial LLC ecfmail@mwc-law.com |
| Daniel J. Boger | on behalf of Joint Debtor Tracy Michelle Sprankle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Debtor Dane William Sprankle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Debtor Dane William Sprankle jmckechnie@shepleylaw.com  bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Plaintiff Dane William Sprankle jmckechnie@shepleylaw.com  bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Joint Debtor Tracy Michelle Sprankle jmckechnie@shepleylaw.com  bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Plaintiff Tracy Michelle Sprankle jmckechnie@shepleylaw.com  bk@shepleylaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Ditech Financial LLC pashcroft@bernsteinlaw.com  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 12