| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Dane William Sprankle** | Social Security number or ITIN  xxx–xx–2265 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tracy Michelle Sprankle** | Social Security number or ITIN  xxx–xx–1187 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **15–70550–JAD** | |

# Order of Discharge                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dane William Sprankle                              Tracy Michelle Sprankle

<u>3/11/21</u>                              **By the court:**   <u>Jeffery A. Deller</u>
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Dane William Sprankle  
Tracy Michelle Sprankle  
    Debtors

Case No. 15-70550-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: nsha      Page 1 of 3  
Date Rcvd: Mar 11, 2021      Form ID: 3180W      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dane William Sprankle, Tracy Michelle Sprankle, 419 Lincoln Road, Gallitzin, PA 16641-8714 |
| 14088056 | | AES, 1200 N. 7th Street, Harrisburg, PA 17102-1444 |
| 14149727 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 51178, Los Angeles, CA 90051-5478 |
| 14153101 | | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 14153075 | + | Ditech Financial LLC, 7340 S. Kyrene Rd., Recovery Dept - T120, Tempe, AZ 85283-4573 |
| 14088066 | | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14088067 | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, Green Tree, P.O. Box 94710, Palatine, IL 60094-4710 |
| 14088069 | | Green Tree Servicing LLC, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14088070 | + | KML Law Group, Attn: Crystal Espanol, Esq., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15237646 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14088076 | | PHEAA, 1200 N. 7th Street, Harrisburg, PA 17102-1444 |
| 14088075 | + | PHEAA, P.O. Box 8147, Harrisburg, PA 17105-8147 |
| 14088077 | | PSECU, c/o Account Services, P.O. Box 659818, San Antonio, TX 78265-9118 |
| 14136740 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 12 2021 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 12 2021 04:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 12 2021 04:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 12 2021 04:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14088057 | + | EDI: DCI.COM | Mar 12 2021 04:13:00 | AT&T Wireless, c/o Diversified Consultants, Inc., P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 14088080 | | EDI: CITICORP.COM | Mar 12 2021 04:13:00 | Sunoco / Citibank SD NA, Attn: Bankruptcy, 7920 NW 110th Street, Kansas City, MO 64153 |
| 14088058 | | EDI: CAPITALONE.COM | Mar 12 2021 04:13:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14088059 | | EDI: CAPITALONE.COM | Mar 12 2021 04:13:00 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14088062 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 12 2021 04:16:36 | Credit One Bank, P.O. Box 60500, City Of Industry, CA 91716-0500 |
| 14088063 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 12 2021 04:12:27 | Credit One Bank, Attn: Bankruptcy, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14088064 | | EDI: DIRECTV.COM | Mar 12 2021 04:13:00 | DirecTV, P.O. Box 78626, Phoenix, AZ 85062-8626 |
| 14088065 | + | EDI: DCI.COM | Mar 12 2021 04:13:00 | Diversified Consultants, Inc., P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 14088060 | | EDI: JPMORGANCHASE | Mar 12 2021 04:13:00 | Chase, Cardmember Service, P.O. Box 15153, Wilmington, DE 19850-5153 |
| 14088061 | | EDI: JPMORGANCHASE | Mar 12 2021 04:13:00 | Chase, Cardmember Service, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14110955 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2021 04:16:38 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14108821 | | Email/Text: camanagement@mtb.com | Mar 12 2021 04:48:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 14088072 | | Email/Text: camanagement@mtb.com | Mar 12 2021 04:48:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14088071 | | Email/Text: camanagement@mtb.com | Mar 12 2021 04:48:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 14103809 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 12 2021 04:18:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14088074 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 12 2021 04:12:21 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14088073 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 12 2021 04:16:30 | Merrick Bank, P.O. Box 660397, Dallas, TX 75266-0397 |
| 14088078 | | Email/Text: bankruptcynotices@psecu.com | Mar 12 2021 04:49:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14261770 | + | EDI: DRIV.COM | Mar 12 2021 04:13:00 | SANTANDER CONSUMER USA, INC., P.O. BOX 560284, DALLAS, TX 75356-0284 |
| 14102825 | | EDI: AGFINANCE.COM | Mar 12 2021 04:13:00 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 14088079 | | EDI: AGFINANCE.COM | Mar 12 2021 04:13:00 | Springleaf Financial Services, P.O. Box 742536, Cincinnati, OH 45274-2536 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | M&T Bank |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 14088068 | *P++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154, address filed with court:, Green Tree Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor M&T Bank andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Ditech Financial LLC ecfmail@mwc-law.com |
| Daniel J. Boger | on behalf of Joint Debtor Tracy Michelle Sprankle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Debtor Dane William Sprankle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Debtor Dane William Sprankle jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Plaintiff Dane William Sprankle jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Joint Debtor Tracy Michelle Sprankle jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Plaintiff Tracy Michelle Sprankle jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Ditech Financial LLC pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 12