**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DANE WILLIAM SPRANKLE
    TRACY MICHELLE SPRANKLE
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:15-70550 JAD

Chapter 13

Document No.: 112

FILED
3/11/21 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

    AND NOW, this _11th_ day of _March_, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

jsf

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Dane William Sprankle  
Tracy Michelle Sprankle  
    Debtors

Case No. 15-70550-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: nsha     Page 1 of 3  
Date Rcvd: Mar 11, 2021     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dane William Sprankle, Tracy Michelle Sprankle, 419 Lincoln Road, Gallitzin, PA 16641-8714 |
| 14088056 | | AES, 1200 N. 7th Street, Harrisburg, PA 17102-1444 |
| 14149727 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 51178, Los Angeles, CA 90051-5478 |
| 14153101 | | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 14153075 | + | Ditech Financial LLC, 7340 S. Kyrene Rd., Recovery Dept - T120, Tempe, AZ 85283-4573 |
| 14088066 | | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14088067 | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, Green Tree, P.O. Box 94710, Palatine, IL 60094-4710 |
| 14088069 | | Green Tree Servicing LLC, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14088070 | + | KML Law Group, Attn: Crystal Espanol, Esq., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15237646 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14088076 | | PHEAA, 1200 N. 7th Street, Harrisburg, PA 17102-1444 |
| 14088075 | + | PHEAA, P.O. Box 8147, Harrisburg, PA 17105-8147 |
| 14088077 | | PSECU, c/o Account Services, P.O. Box 659818, San Antonio, TX 78265-9118 |
| 14261770 | + | SANTANDER CONSUMER USA, INC., P.O. BOX 560284, DALLAS, TX 75356-0284 |
| 14136740 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14088057 | + | Email/Text: bankruptcynotices@dcicollect.com | Mar 12 2021 04:49:00 | AT&T Wireless, c/o Diversified Consultants, Inc., P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 14088080 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2021 04:12:31 | Sunoco / Citibank SD NA, Attn: Bankruptcy, 7920 NW 110th Street, Kansas City, MO 64153 |
| 14088058 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 12 2021 04:12:25 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14088059 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 12 2021 04:18:39 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14088062 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 12 2021 04:18:41 | Credit One Bank, P.O. Box 60500, City Of Industry, CA 91716-0500 |
| 14088063 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 12 2021 04:16:36 | Credit One Bank, Attn: Bankruptcy, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14088064 | | Email/Text: G06041@att.com | Mar 12 2021 04:49:00 | DirecTV, P.O. Box 78626, Phoenix, AZ 85062-8626 |
| 14088065 | + | Email/Text: bankruptcynotices@dcicollect.com | Mar 12 2021 04:49:00 | Diversified Consultants, Inc., P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 14088060 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 12 2021 04:12:25 | Chase, Cardmember Service, P.O. Box 15153, Wilmington, DE 19850-5153 |
| 14088061 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |

| District/off: 0315-7 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 12 2021 04:12:25 | Chase, Cardmember Service, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14110955 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2021 04:12:29 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14108821 | | Email/Text: camanagement@mtb.com | Mar 12 2021 04:48:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 14088072 | | Email/Text: camanagement@mtb.com | Mar 12 2021 04:48:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14088071 | | Email/Text: camanagement@mtb.com | Mar 12 2021 04:48:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 14103809 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 12 2021 04:12:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14088074 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 12 2021 04:16:30 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14088073 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 12 2021 04:18:35 | Merrick Bank, P.O. Box 660397, Dallas, TX 75266-0397 |
| 14088078 | | Email/Text: bankruptcynotices@psecu.com | Mar 12 2021 04:49:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14102825 | | Email/PDF: cbp@onemainfinancial.com | Mar 12 2021 04:18:35 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 14088079 | | Email/PDF: cbp@onemainfinancial.com | Mar 12 2021 04:12:22 | Springleaf Financial Services, P.O. Box 742536, Cincinnati, OH 45274-2536 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | M&T Bank |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 14088068 | *P++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154, address filed with court:, Green Tree Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2021            Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:

District/off: 0315-7     User: nsha     Page 3 of 3
Date Rcvd: Mar 11, 2021     Form ID: pdf900     Total Noticed: 35

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor M&T Bank andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Ditech Financial LLC ecfmail@mwc-law.com |
| Daniel J. Boger | on behalf of Joint Debtor Tracy Michelle Sprankle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Debtor Dane William Sprankle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Debtor Dane William Sprankle jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Plaintiff Dane William Sprankle jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Joint Debtor Tracy Michelle Sprankle jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Plaintiff Tracy Michelle Sprankle jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Ditech Financial LLC pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 12