**Form 129**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Dane William Sprankle**
**Tracy Michelle Sprankle**
    Debtor(s)

Bankruptcy Case No.: 15−70550−JAD

Chapter: 13

## FINAL DECREE

The estate of the above named debtor has been fully administered.

### IT IS ORDERED THAT:

    Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: April 12, 2021

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-70550-JAD

Dane William Sprankle                                                     Chapter 13

Tracy Michelle Sprankle
      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: nsha | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 12, 2021 | Form ID: 129 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Dane William Sprankle, Tracy Michelle Sprankle, 419 Lincoln Road, Gallitzin, PA 16641-8714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor M&T Bank andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Ditech Financial LLC ecfmail@mwc-law.com |
| Daniel J. Boger | on behalf of Debtor Dane William Sprankle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Joint Debtor Tracy Michelle Sprankle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |

Jon A. McKechnie

    on behalf of Joint Debtor Tracy Michelle Sprankle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie

    on behalf of Plaintiff Tracy Michelle Sprankle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie

    on behalf of Debtor Dane William Sprankle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie

    on behalf of Plaintiff Dane William Sprankle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

    on behalf of Creditor Ditech Financial LLC pashcroft@bernsteinlaw.com  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com


TOTAL: 12